PER CURIAM.

(No. 75-CC-583— )

MINE SAFETY APPLIANCES CO., Claimant, *vs.* STATE OF
ILLINOIS, ENVIRONMENTAL PROTECTION AGENCY, Respondent.

*Opinion filed February 4, 1975.*

MINE SAFETY APPLIANCES CO., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.